IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FANNIE L. BOLDEN, on her
behalf and all others similarly
situated,

    Plaintiff,

v.                                                                No. 03-2827

AAMES FUNDING CORP., and
AAMES HOME LOANS,

    Defendants.

---

ORDER DENYING DEFENDANTS' MOTION
FOR SUMMARY JUDGMENT AS UNTIMELY

---

Before the Court is the June 28, 2005 motion for summary judgment by the Defendants, Aames Funding Corp. and Aames Home Loans, against Plaintiff, Fannie L. Bolden. However, the deadline to file a dispositive motion expired on April 29, 2005 according to the scheduling order entered on September 30, 2004. Additionally, this case is currently scheduled for trial on July 18, 2005. As the Defendants' motion was not filed on or before April 29 and because no extension of this deadline has been requested and granted, the Court DENIES Defendants' motion for summary judgment as untimely.

**IT IS SO ORDERED** this 5 day of July, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 7-6-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 20 in case 2:03-CV-02827 was distributed by fax, mail, or direct printing on July 6, 2005 to the parties listed.

---

Buffey Klein
HUSCH & EPPENBERGER
200 Jefferson Ave.
Ste. 1450
Memphis, TN 38103

Christopher Lee Brown
GOTTEN WILSON SAVORY & BEARD, PLLC
88 Union Ave.
14th Floor
Memphis, TN 38103

Stephen P. Hale
HUSCH & EPPENBERGER
200 Jefferson Ave.
Ste. 1450
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT