IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 22 PM 2: 36

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

FANNIE L. BOLDEN, on her
behalf and all others similarly
situated,

    Plaintiff,

v.    No. 03-2827

AAMES FUNDING CORP., and
AAMES HOME LOANS,

    Defendants.

---

### ORDER TO SHOW CAUSE

---

Before the Court is the July 11, 2005 renewed motion for summary judgment by the Defendants, Aames Funding Corp. and Aames Home Loans, against Plaintiff, Fannie L. Bolden. According to the Court's docket, no response has been filed on behalf of the Plaintiff, even though the deadline for such a response has expired.[1] Accordingly, the Plaintiff is hereby directed, within eleven (11) days of the entry hereof, to show cause why the motion referenced herein should not be granted. Failure of the Plaintiff to comply in a timely manner with this order may result in dismissal with prejudice of Plaintiff's claims.

IT IS SO ORDERED this 19th day of August, 2005.

_____
J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

---

[1] Under the Local Rules of this district, responses to motions for summary judgment "must be filed within thirty days of service of the motion." LR7.2, Local Rules of the U.S. Dist. Ct. for the W. Dist. of Tenn.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-22-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 27 in case 2:03-CV-02827 was distributed by fax, mail, or direct printing on August 22, 2005 to the parties listed.

---

Stephen P. Hale
HUSCH & EPPENBERGER
200 Jefferson Ave.
Ste. 1450
Memphis, TN 38103

Christopher Lee Brown
GOTTEN WILSON SAVORY & BEARD, PLLC
88 Union Ave.
14th Floor
Memphis, TN 38103

Buffey Klein
HUSCH & EPPENBERGER
200 Jefferson Ave.
Ste. 1450
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT