IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 OCT 14 PM 2: 11

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF T MEMPHIS

FANNIE BOLDEN, on her behalf
and all others similarly situated,

      Plaintiff,

vs.

                  NO. 03-2827-BV

AAMES FUNDING CORP.,

      Defendant.

      Defendants.

---

## ORDER ON MOTION TO WITHDRAW AS PLAINTIFF'S COUNSEL

---

This cause came on to be heard before the Honorable Judge ~~J. Daniel Breen~~ Diane K. Vescovo and upon the

Motion of Christopher L. Brown, Attorney at Law to Withdraw as the attorney for the Plaintiff

Fannie Bolden, and upon said Motion, and upon the entire record the Motion is well taken, and

Christopher L. Brown is hereby relieved as the Attorney of Record for Plaintiff Fannie Bolden and

is no longer responsible to this court for this cause.

IT IS THEREFORE SO ORDERED, ADJUDGED, AND DECREED.

_____Diane K Vescovo_____
JUDGE

DATE: October 13, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 10-14-05

(37)

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 37 in case 2:03-CV-02827 was distributed by fax, mail, or direct printing on October 14, 2005 to the parties listed.

Christopher Lee Brown
GOTTEN WILSON SAVORY & BEARD, PLLC
88 Union Ave.
14th Floor
Memphis, TN 38103

Fannie L. Bolden
2132 Clarksdale
Memphis, TN 38108

Buffey Klein
HUSCH & EPPENBERGER
200 Jefferson Ave.
Ste. 1450
Memphis, TN 38103

Stephen P. Hale
HUSCH & EPPENBERGER
200 Jefferson Ave.
Ste. 1450
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT