IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 NOV 14 AM 6:51

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

FANNIE L. BOLDEN,

    Plaintiff,

v.                                       No. 03-2827-B/V

AAMES FUNDING CORP., et al.,

    Defendants.

## ORDER RESCHEDULING STATUS CONFERENCE AND ORDER TO SHOW CAUSE

On October 14, 2005, Magistrate Judge Diane K. Vescovo entered an order allowing the attorney for the Plaintiff, Fannie Bolden, to withdraw. However, no time period was provided to the Plaintiff within which to obtain new counsel. As a result of that order, this Court set a status conference on November 15, 2005 with Ms. Bolden and counsel for the Defendants in order to determine the status of this case. Presently pending before the Court is the Defendants' renewed motion for summary judgment.

The Plaintiff, Bolden, has been in telephonic communication with the Court's courtroom clerk and advised her that she cannot appear based upon her physical incapacity and the fact that she does not desire to proceed with this litigation. Ms. Bolden further stated to the clerk that she is unable to submit anything on her own and, thus, apparently there will be nothing forthcoming from Bolden to formally set forth her position.

Accordingly, the Court will reset the status conference with the Plaintiff and defense counsel to December 8, 2005, at 3:00 p.m. At that time, the Court will consider Ms. Bolden's

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 11-14-05

(39)

position. If Plaintiff does not appear at that status conference or does not otherwise respond to the Court's directive, such failure to appear or respond may result in the Court imposing sanctions, including a dismissal of her claim for failure to prosecute. If the Plaintiff is, for medical reasons, unable to appear, she will be required to present such documentation to the Court prior to December 8. Again, failure to do so may constitute grounds for a dismissal of her lawsuit.

IT IS SO ORDERED this 10th day of November, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 39 in case 2:03-CV-02827 was distributed by fax, mail, or direct printing on November 14, 2005 to the parties listed.

---

Buffey Klein
HUSCH & EPPENBERGER
200 Jefferson Ave.
Ste. 1450
Memphis, TN 38103

Stephen P. Hale
HUSCH & EPPENBERGER
200 Jefferson Ave.
Ste. 1450
Memphis, TN 38103

Fannie L. Bolden
2132 Clarksdale
Memphis, TN 38108

Honorable J. Breen
US DISTRICT COURT